IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUIS RESENDIZ ROMERO, § | |
| Petitioner, § | |
| § | |
| v. § | No. 3:22-cv-01040-K (BT) |
| § | |
| 18TH JUDICIAL DISTRICT § | |
| COURT, § | |
| Respondent. | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 8, 2022. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Plaintiff's Objections are **OVERRULED**.

SO ORDERED.

Signed June 22nd, 2022.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE